# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand twenty-six,

| | |
|---|---|
| Mark J. Kwoka, Esme Private Label LLC, | **ORDER** |
| Plaintiff-counter-defendants-Appellants, | Docket No. 26-1444 |
| v. | |
| Diane D'Angelo, dba Lasting Memories, | |
| Defendant-counter-claimant-Appellee. | |

A notice of appeal was filed on May 26, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due June 9, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 1, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court